## DANIEL HENDERSON *v.* HENDERSON'S AUTO BODY, INC., ET AL.
### (AC 24883)

Lavery, C. J., and Flynn and Bishop, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The judgment is affirmed.

## EDWARD PARKER *v.* COMMISSIONER OF CORRECTION
### (AC 24071)

Lavery, C. J., and Flynn and Bishop, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the court's denial of the petition for a writ of habeas corpus.

The appeal is dismissed.